FILED
CHARLOTTE, NC

JUN 17 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAMERIN MILLER | DOCKET NO. 3:25-cr-154-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violations:  18 U.S.C. § 922(o) |

### THE GRAND JURY CHARGES:

#### COUNT ONE
(*Possession of a Machine Gun*)

On or about March 7, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KAMERIN MILLER**

knowingly and willfully possessed a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24), to wit: a Glock; model 19, 9mm caliber pistol with an affixed machinegun conversion device, commonly referred to as a Glock Switch. All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

(a) All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
(b) All property used or intended to be used in any manner or part to commit or facilitate such violations; and
(c) If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other

property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

███████████████████████
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY